Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

FEBRUARY 17, 20 11

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

 CR 11 0057 RSM

Plaintiff,

**INDICTMENT**

v.

DAVID RUSSELL MYRLAND,

Defendant.

The Grand Jury charges that:

## COUNT 1

### (Transmission of Threatening Interstate Communication)

On or about August 30, 2010, at Kirkland, within the Western District of

Washington and elsewhere, DAVID RUSSELL MYRLAND knowingly did transmit in

interstate and foreign commerce a communication containing a threat to kidnap and injure

the person of another, in that he used a computer and the Internet to transmit, by

commercial and interstate electronic mail ("e-mail"), a message addressed to J.M., the

Mayor of the City of Kirkland, which message was received at a City of Kirkland

computer server, and in which message DAVID RUSSELL MYRLAND threatened to

use force to "arrest" J.M. in her home.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

DATED:

*Signature Redacted Per Judicial Conference Policy*

FOREPERSON

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney