The Honorable Ricardo S. Martinez



11-CR-00057-BCST

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RUSSELL MYRLAND,<br><br>Defendant. | NO. CR11-0057RSM<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISION |

THIS MATTER coming on before the Court for a hearing on a Request for Summons and Modification of the Conditions or Term of Supervision submitted by the Probation Office; defendant being present and being represented by his attorney, James Vonasch, the government being represented by Vincent T. Lombardi, Assistant United States Attorney; the Court having heard from defendant's counsel and defendant; and from U.S. Probation Officer Annaliese D. Johnson, and from Government counsel; and the Court being fully advised in the premises, now therefor, it is hereby

ORDERED that defendant's conditions of Supervised Release are modified as follows:

The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or

ORDER MODIFYING CONDITIONS OF SUPERVISION - 1
U.S. v. Myrland, CR11-0057RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 until discharged by the Program Manager or U.S. Probation Officer. The defendant may
2 be responsible for a 25% gross income subsistence fee.
3     Defendant shall remain in custody until a residential reentry center slot is
4 available, or until a different suitable release address can be located, whichever occurs
5 first.
6     All other terms and conditions of defendant's Supervised Release shall remain in
7 full force and effect.
8     A copy of this ORDER shall be delivered to counsel for the parties, the United
9 States Probation Officer, and the United States Marshal.
10     DATED this day of 3rd day of March, 2014.

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

Presented by:

*Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Approved as to form, Notice of Presentation Waived:

*James Vonasch*
JAMES VONASCH
Attorney for Defendant

ORDER MODIFYING CONDITIONS OF SUPERVISION – 2
U.S. v. *Myrland*, CR11-0057RSM