PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** David Russell Myrland     **Case Number:** 2:11CR0057RSM-001
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, Chief United States District Judge
**Date of Original Sentence:** 12/02/2011     **Date of Report:** 06/22/2016
**Original Offense:** Transmission of Threatening Interstate Communication
**Original Sentence:** 40 months custody; 3 year term of supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 01/29/2014
**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☒ Restitution: $1,961.72
☒ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Submit to search; participate in Moral Reconation Therapy (MRT); no contact with Joan McBride or Oskar Rey.

## NONCOMPLIANCE SUMMARY

The probation officer believes that David Russell Myrland has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to make regular monthly payments toward restitution since February 9, 2016, in violation of a special condition of supervision. |

U.S. Probation Officer Action:

At the time of intake, Mr. Myrland was notified of his obligation to make regular monthly payments toward his monetary penalties and he agreed to pay $10.00 each month. Since commencing supervised release, Mr. Myrland's payments have been sporadic. His last payment in the amount of $45.00 was received on February 9, 2016, leaving a remaining balance of $1,570.72. Mr. Myrland resides with several individuals in a shared house, and it appears that he is financially supported by friends and acquaintances. He is currently unemployed.

Mr. Myrland has been reminded of his financial obligation on multiple occasions, and he agreed to make a payment by the end of this month. He has been advised that paying something each month, even a small amount, reflects effort toward this obligation.

It is respectfully recommended the Court endorse the U.S. Probation Officer's actions. The offender's failing to pay toward restitution, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

The Honorable Ricardo S. Martinez, Chief United States District Judge  
Report on Offender Under Supervision

Page 2 of 2  
June 22, 2016

I swear under penalty of perjury that the foregoing is true and correct.  
Executed on this 22nd day of June, 2016.

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:

Christopher S. Luscher  
Supervising U.S. Probation Officer

Julie Jansen  
U.S. Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the U.S. Probation Officer's actions  
☐ Submit a Request for Modifying the Condition or Term of Supervision  
☐ Submit a Request for Warrant or Summons  
☐ Other

Signature of Judicial Officer  
6/27/2016  
Date