UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>DAVID R. MYRLAND,<br><br>      Defendant. | Case No. CR11-57RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Defendant's pro se Motion for Curative Instruction or Writ of Praecipe re: Termination of Supervised Release (Dkt. # 83) is STRICKEN as moot. Defendant's supervised release was terminated on January 12, 2017.

DATED this 20th day of January, 2017.

WILLIAM M. McCOOL, Clerk

By  */s/ Lowell Williams*
Deputy Clerk to Hon. Ricardo S. Martinez

MINUTE ORDER - 1